**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PARKS SUPERIOR SALES, INC.,     :   No. 792 MAL 2017

           Respondent          :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court

           v.                   :

BUREAU OF PROFESSIONAL AND    :
OCCUPATIONAL AFFAIRS, STATE     :
BOARD OF MOTOR VEHICLE        :
MANUFACTURERS, DEALERS AND    :
SALESPERSONS,                :

           Petitioner            :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.